UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
VALERIE DICKS                                       :

               Plaintiff,              :       ORDER

   -v.-                                                   :
                                                  22 Civ. 7145 (JMF) (GWG)

WARNACO SWIMWEAR PRODUCTS INC.,      :

              Defendant.              :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      Construing the plaintiff's filing (Docket # 8) as a request to extend the time for service under Fed. R. Civ. P. 4(m), that request is granted. The time to serve is extended to January 20, 2023.

      SO ORDERED.

Dated:  December 14, 2022
          New York, New York

                                                  GABRIEL W. GORENSTEIN
                                                  United States Magistrate Judge